UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



**DEBORAH L. HOWLIN-POTTER**
**AKA DEBORAH L. POTTER**
Plaintiff

v.  Civil Action No.: 1:08-cv-00956-CMH-IDD

**EXPERIAN INFORMATION SOLUTIONS, INC.**

Defendant

**CONSENT ORDER DISMISSING COMPLAINT**

The parties Deborah L. Howlin-Potter aka Deborah L. Potter, plaintiff, and Experian Information Solutions, Inc., defendant, having shown their consent by endorsement of counsel on this order; and

IT APPEARING that the parties consent to an order dismissing this Civil Action against defendant, Experian Information Solutions, Inc.; it is hereby

ORDERED that plaintiff, Deborah L. Howlin-Potter aka Deborah L. Potter's Complaint filed against Experian Information Solutions, Inc. is hereby DISMISSED WITH PREJUDICE.

Jan 13, 2009

/s/
Claude M. Hilton
United States District Judge

WE ASK FOR THIS

/s/ Robert R. Weed
Robert R Weed VSB 24646
Attorney for Plaintiff
7900 Sudley Road, Suite 409
Manassas, VA 20109
703-335-7793
Fax: 703-369-2696
robertweedlaw@yahoo.com

/s/Jeffrey Manghillis
Jeff Manghillis, VSB
Attorney for Defendant
Jones Day
P.O. Box 165017
Columbus, Ohio 43216-5017
(614) 281-3827
jramanghillis@jonesday.com

WE ASK FOR THIS


/s/ Robert R. Weed
Robert R Weed VSB 24646
Attorney for Plaintiff
7900 Sudley Road, Suite 409
Manassas, VA 20109
703-335-7793
Fax: 703-369-2696
robertweedlaw@yahoo.com

/s/
David Neal Anthony (VSB No. 31696)
Attorney for Defendant Experian Information Solutions, Inc.
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com